# Court of Appeals
# of the State of Georgia

ATLANTA, February 06, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0903. IN RE: CAROLE ANN WILSON, WARD.**

In this guardianship action, the probate court appointed Matthew Wilson as the emergency guardian and conservator of his elderly mother, Carole Ann Wilson. Samantha Wilson, Carole Ann's daughter, subsequently filed a motion to set aside the guardianship order under OCGA § 9-11-60 (d) (3). The probate court denied Samantha's motion and she filed this direct appeal. We lack jurisdiction.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Samantha Wilson's failure to file a discretionary application deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/06/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*